IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3102 |
| ) | |
| PARRISH CASEBIER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's motion to continue the deadline for filing pretrial motions, filing 17, from October 24, 2005, to November 2, 2005. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than November 2, 2005. This Court further finds that such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from October 24, 2005, until November 2, 2005, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 25th day of October, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge