IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3102 |
| | ) | |
| v. | ) | |
| | ) | |
| PARRISH JASON CASEBIER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's motion to continue the deadline for filing pretrial motions and to continue trial, filing 23. The Court, being fully advised in the premises, and noting that the government has no objection to the requested continuances, finds that the motion should be granted.

IT IS THEREFORE ORDERED:

(1) Defendant's motion to continue, filing 23, is granted, and defendant's pretrial motions and briefs shall be filed on or before December 23, 2005.

(2) The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and December 23, 2005 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

(3) The trial of this case is continued until further order of the court following resolution of any pretrial motions.

November 17, 2005.          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge