# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　　) <br>　　　　　Plaintiff,　　　　　　　　) <br>　　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　) <br>vs.　　　　　　　　　　　　　　　 ) <br>　　　　　　　　　　　　　　　　　) <br>PARRISH JASON CASEBIER,　　　) <br>　　　　　　　　　　　　　　　　　) <br>　　　　　Defendant.　　　　　　　) <br>　　　　　　　　　　　　　　　　　) | 4:05CR3102<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

　　　The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

Dated: March 18, 2011

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge