IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3102 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| PARRISH JASON CASEBIER, | ) | |
| | ) | |
| Defendant. | ) | |

On the government's motion before Magistrate Judge Zwart,

IT IS ORDERED that the petition for offender under supervision (filing no. 88) is dismissed without prejudice.

DATED this 25th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge